# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUBLE DOWN INTERACTIVE, LLC, <br><br> Defendant. | 2:16-cv-00858-RCJ-VCF <br> **ORDER** |

Before the court is the Joint Motion to Appear by Telephone for the Hearing on Defendant's Motion for Extension of Time to File Discovery Plan and Scheduling Order (ECF No. 48).

IT IS HEREBY ORDERED the Joint Motion to Appear by Telephone for the Hearing on Defendant's Motion for Extension of Time to File Discovery Plan and Scheduling Order (ECF No. 48) is GRANTED. Anthony D. Del Monaco and Robert F. Shaffer for Plaintiffs, and Justin P.D. Wilcox and Ameet A. Modi for Defendant may appear telephonically at the hearing scheduled for July 15, 2016.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 14th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE